Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| MERCEDES JOANN ROUSE | Case No. 2:21-bk-08672-PS |
| Debtor(s) | APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS |

Edward J. Maney, Trustee reports that the following check has been issued to the Creditor, Department of Education- MOHELA, and not presented for payment for more than ninety (90) days since issuance or the payment has been returned to the Trustee by the U.S. Posted Office marked undeliverable.

| | |
|---|---|
| Check Number: | 714370 |
| Check Date: | 10/1/2025 |
| Amount: | $358.49 |
| Creditor: | Department of Education- MOHELA |
| | P.O. Box 790233 |
| | St. Louis, MO 63179-0233 |

The Trustee has not been able to locate the creditor and/or the creditor has refused payment.

Wherefore, the Trustee prays that an order be entered pursuant to Section 347(a) of the Bankruptcy Code directing the Trustee to pay the amount of $358.49 to the Clerk of the Court to be deposited to the Registry thereof.

Dated: See Electronic Signature

                EDWARD J. MANEY
                CHAPTER 13 TRUSTEE

            By:_____
                Edward J. Maney ABN 12256
                Chapter 13 Trustee
                101 North First Avenue, Suite 1775
                Phoenix, AZ 85003
                (602) 277-3776
                ejm@maney13trustee.com